**FINANCIAL DISCLOSURE REPORT**

AO-10
Rev 8/87

Annual Report Due by May 15 from Judicial Officers and certain Judicial Employees (28 USCA App. I, §§ 301-09)

| Pers g Reporting (Last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| Babcock, Lewis T. | | 6/23/88 |

| Title Judicial Nominee for United States District Court for the District of Colorado | Date of Entry/Nomination/Termination (only if initial or final report) June 23, 1988 | Reporting Period (Calendar year, or inclusive dates) 1/1/87 to 6/23/88 |
|---|---|---|

Home or office address

(O) Colorado Court of Appeals
2 E. 14th Avenue, Suite 365
Denver, Colorado 80203

**IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

**I. POSITIONS.** *(Reporting individual only; see pp. 15-16 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ NONE (No reportable positions)

| Co-trustee | Robert T. Babcock Revocable Trust |
|---|---|
| Co-trustee | Martha L. Babcock Revocable Trust |
| Custodian | For John T. Babcock, Colorado Uniform Gift to Minors Act |
| Custodian | For Katherine Babcock, Colorado Uniform Gift to Minors Act |

**II. AGREEMENTS.** *(Reporting individual only; see p. 17 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|

☐ NONE (No reportable agreements)

| June 1976 | State of Colorado: Statutory provisions providing for retirement benefits from the Colorado Public Employees' Retirement Association |
|---|---|

**III. NON-INVESTMENT INCOME.** *(Partial disclosure for spouse; see pp. 18-20 of Instructions.)*

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|

☐ NONE (No reportable non-investment income)

| | State of Colorado -- Salary | $ |
|---|---|---|
| | (January 1, 1987 - December 31, 1987 = $58,500 | $ |
| | January 1, 1988 - June 30, 1988 = $31,500 | $90,000 |
| | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lewis T. Babcock | 6/23/88 |

## IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| State of Colorado | Transportation, lodging, and food |
| University of Virginia | Lodging and food |
| American Inns of Court #19, Doyle's Inn | Transportation, lodging, and food |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. *(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☒ NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| First Industrial Bank of Rocky Ford, Colorado | Note (J) | L |
| | | |
| | | |
| | | |
| | | |
| | | |

| * VALUE CODES | J = $0 to $1,000 | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
|---|---|---|---|---|
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis T. Babcock | 6/23/88 |

## VII. INVESTMENTS and TRUSTS--income, value, transactions. *(Includes those ... ...se: partial disclosure for dependent children; see pp. 24-35 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | Transactions during period (Reporting individual and spouse) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g., div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity of buyer/seller (if private transaction) | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 Westinghouse Corp. | B | Div. | L | T | | | | | | |
| Double Eagle Petroleum & Mining Co. | A | | J | T | | | | | | |
| K.R.M. Petroleum Co. | A | | J | T | | | | | | |
| 4 jhi, Inc. | A | | J | T | | | | | | |
| Ideal Basic Industries (DC) | A | | J | T | | | | | | |
| Ideal Basic Industries (DC) | A | | J | T | | | | | | |
| 7 Iowa Resources, Inc. (DC) | B | Div. | K | T | | | | | | |
| 8 Iowa Resources, Inc. (DC) | B | Div. | K | T | | | | | | |
| Colorado National Bank Boulder (J) | B | Int. | K | T | | | | | | |
| 10 Colorado National Bank Denver | A | | J | T | | | | | | |
| Colorado National Bank Denver (DC) | B | Int. | B | T | | | | | | |
| 12 Colorado National Bank Denver (DC) | B | Int. | L | T | | | | | | |
| 13 Boulder Valley Schools Credit Union (S) | B | Int. | J | T | | | | | | |
| Colorado Public Employees Retirement Association | A | | M | V | | | | | | |
| 15 Colorado Public Employees Retirement Association(S) | A | | M | V | | | | | | |
| Colorado Nat'l Bank Denver IRA #5498/000797392-6 | A | | K | T | | | | | | |
| 17 Colorado Nat'l Bank Denver IRA #5498/000797693-0 (S) | A | | K | T | | | | | | |
| 18 Otero Savings & Loan Assoc. IRA #01-08090328 (S) | A | | K | T | | | | | | |
| 19 Otero Savings & Loan Assoc. IRA #01-07090055 (S) | A | | J | T | | | | | | |
| Lot 331 (J) See attached legal description | A | | L | W | | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

Digitized by Google

Lot 331 on Record of Survey captioned "Record of
Survey of Sec. 33, Twp. 6 South, Rng. 5 East, and
the West 1/2 of the West 1/2 of the Fractional
Section 3 and a portion of the East 1/2 of the East
1/2 of Sec. 9, Twp. 7 South, Rng. 5 East, SBB& M, as
shown by Map on file in Book 31, pp. 39 to 43
inclusive, of Records of Survey, Riverside County of
Records, California.  Lewis T. Babcock and Judith S.
Babcock, joint tenants--Date of Value May 24, 1988
$7,500

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lewis T. Babcock | 6/23/88 |

## /III. ADDITIONAL INFORMATION or EXPLANATIONS. *(Indicate section of Report.)*

☐ Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _Lewis T. Babcock_  Date _6/23/88_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 304, AND 18 U.S.C. § 1001.)

---

**FILING INSTRUCTIONS:**

1. *Mail signed original and 4 additional copies to:*  
   *Judicial Ethics Committee*  
   *Administrative Office of the*  
   *United States Courts*  
   *Washington, DC 20544*

2. *Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)*

Digitized by Google

# CONFIDENTIAL FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS * | | LIABILITIES *** | |
|---|---|---|---|
| Cash on hand and in banks ** | 8981500 | Notes payable to banks—secured | |
| U.S. Government securities—add schedule | | Notes payable to banks—unsecured | |
| | | Notes payable to relatives | |
| Listed securities—add schedule | 1007200 | Notes payable to others | 1684500 |
| Unlisted securities—add schedule | | Accounts and bills due | |
| Accounts and notes receivable: | | Unpaid income tax | |
| Due from relatives and friends | | Other unpaid tax and interest | |
| Due from others | | Real estate mortgages payable—add schedule | 10940300 |
| Doubtful | | | |
| Real estate owned—add schedule | 14550000 | Chattel mortgages and other liens payable | |
| Real estate mortgages receivable | | Other debts—itemize: | |
| Autos and other personal property | 6900000 | | |
| Cash value—life insurance | | | |
| Other assets—itemize: | | | |
| Powell Kontney-Oil painting | 750000 | | |
| Stamp Collection | 1000000 | Total liabilities | 12624800 |
| | | Net worth | 20563900 |
| Total assets | 33188700 | Total liabilities and net worth | 33188700 |

| CONTINGENT LIABILITIES | NONE | GENERAL INFORMATION | |
|---|---|---|---|
| As endorser, comaker or guarantor | | Are any assets pledged? (Add schedule.) | No |
| On leases or contracts | | Are you defendant in any suits or legal actions? | No |
| Legal Claims | | | |
| Provision for Federal Income Tax | | Have you ever taken bankruptcy? | No |
| Other special debt | | | |

\*    See Schedule A
\*\*   Includes retirement accounts
\*\*\* See Schedule B

Digitized by Google